EDP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

WALTER STANZIONE and WILLIAM NEOGRA,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 23-CR-482 (RPK)

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erik D. Paulsen, for an order unsealing the above-captioned matter.

       WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
           November 30, 2023

                                   *Joseph A. Marutollo*
                                   HONORABLE JOSEPH A. MARUTOLLO
                                   UNITED STATES MAGISTRATE JUDGE
                                   EASTERN DISTRICT OF NEW YORK