LAW OFFICES OF
## DONNA R. NEWMAN
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

April 15, 2025

Via ECF and Email

Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

Re: *United States v. Stanzione, et al.*, 23-Cr-482 (RPK)
     Request for modification of bond conditions for Walter Stanzione

Dear Judge Kovner:

On behalf of Walter Stanzione, I write to respectfully request a modification of the conditions of his bond to permit Mr. Stanzione to travel to New Jersey to attend dental appointments. His current conditions of bond allow him to travel within the Eastern District of New York and within the five boroughs of New York City. Mr. Stanzione's dentist is in Old Bridge New Jesey. He is suffering with some dental problems that likely will require several dental visits.. He has a current appointment for April 22$^{nd.}$ Rather than request permission each time Mr. Stanzione requires dental treatment, I request that his conditions of bond be modified to permit him to travel to New Jersey to visit with his dentist as needed. Prior to travel he will inform his Pretrial Officer of his travel plans. The name and address of Mr. Stanzione's dentist has been shared with his Pretrial Officer and the Government.

Mr. Stanzione is compliant with his conditions of bond. His pretrial Officer Marnie Gerardino consents to this request. Assistant United States Attorney Erik Paulson advised that the Government defers to Probation.

Therefore, I respectfully ask the Court to grant this modification of his conditions of bond. I thank the Court in advance for its consideration.

Respectfully,
   /s/
Donna Newman, Esq.
Cc:   AUSA Erik Paulson
      AUSA Michael Gibaldi

AUSA Eric Silverberg
Pretrial Services Officer Marnie Gerardino via email
Walter Stanzione via email