Law Offices of
**Donna R. Newman**
Attorney at Law
20 Vesey Street, Suite 400
New York, New York 10007
Tel. 212-229-1516
Fax. 212-593-1844
cell: 201-306-4369
donnanewmanlaw@aol.com

**VIA ECF & E-MAIL**

August 21, 2025

The Honorable Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Walter Stanzione,* 23 Cr. 482 (RPK)

Dear Judge Kovner:

    Walter Stanzione is scheduled to be sentenced by Your Honor on October 8, 2025. Defense counsel's sentencing submission on behalf of Mr. Stanzione is due to be filed tomorrow, August 22nd. The Defense received the Presentence Report earlier this week. There is insufficient time to meet with Mr. Stanzione, review the PSR with him, file objections, if needed, and file a sentencing submission tomorrow. With the consent of the Government, I request an adjournment of Mr. Stanzione's sentencing until October 9th, sometime after noon. Ken Womble, Esq., my cocounsel has a status conference in the Southern District of New York at 11;00 a.m. on October 9th. Otherwise, all counsel are available on October 9th.

    I thank the Court for its consideration of this request.

Respectfully submitted,
/s/
Donna R. Newman
Cc: Ken Womble, Esq.
    Clara Kalhous, Esq.
    AUSA Eric Silverberg
    AUSA Erik Paulson
    AUSA Michael Gilbaldi
    Walter Stanzione via email only