

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EDP
F. #2018R00784

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 1, 2025

By ECF

The Honorable Rachel P. Kovner
United States District Judge
225 Cadman Plaza East
Brooklyn, NY 11201

       Re:    <u>United States v. Walter Stanzione, 23-CR-482</u>

Dear Judge Kovner:

       The government respectfully requests a one-day adjournment of the deadline to file its sentencing memorandum in the above-referenced case. The letter is currently due on Thursday, October 2, 2025. On consent of the government, defense counsel received a short adjournment and filed its letter the day before yesterday, October 29, 2025. As such, the government requests one additional day to finalize its submission.

                                  Respectfully submitted,

                                  JOSEPH NOCELLA, JR.
                                  United States Attorney

                 By:     /s/
                        Erik D. Paulsen
                        Assistant U.S. Attorney
                        (718) 254-6135

CC:    Clerk of Court (by ECF)
        Donna Newman, Esq