**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

## United States District Court

__Eastern__ District of __New York__

Caption:

**United States**
_____ v.

Walter Stanzione

Docket No. 23cr482(RPK)

The Honorable Rachel P. Kovner

_____
(District Court Judge)

Notice is hereby given that Walter Stanzione_____ appeals to the United States Court of Appeals for the Second Circuit from the judgment and Conviction entered in this action on October 9, 2025__.
(date)

_____
(specify)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [X] Other [ ].

Defendant found guilty by plea [X] trial [ ] N/A [ ].

Offense occurred after November 1, 1987? Yes [X] No [ ] N/A [ ]

Date of sentence: October 9, 2025_____ N/A [ ]

Bail/Jail Disposition: Committed [ ] Not committed [X] N/A [ ]

Appellant is represented by counsel? Yes [X] No [ ] If yes, provide the following information:

Defendant's Counsel:    Donna R. Newman
Counsel's Address:      20 Vesey St., Suite 400, NY, NY 10007
Counsel's Phone:        212-229-1516

Assistant U.S. Attorney: Erik D. Paulsen
AUSA's Address:         271 Cadman Plaza East, Brooklyn, NY 11201
AUSA's Phone            718-254-6135

/s/ Donna R. Newman
Signature