# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-five.

Before: Raymond J. Lohier, Jr.,
*Circuit Judge.*

---

United States of America,

     Appellee,

  v.

William Neogra,

     Defendant,

Walter Stanzione,

     Defendant - Appellant.

**ORDER**

Docket No. 25-2687

---

Appellant moves to hold this appeal in abeyance until 14 days after the district court issues a final order of restitution.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant is directed to file stay status update letters in 30-day intervals, beginning 30 days from the date of this order, and to notify this Court within seven days of the district court issuing a final order of restitution.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/16/2025